UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLYARD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 22-cv-04930-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner at Richard J. Donovan Correctional Facility, filed a letter with the Court on August 29, 2022, which the Court construed as an attempt to file a civil rights action. Dkt. No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because (1) he had not submitted his complaint or petition on the proper form; and (2) he had not submitted an *in forma pauperis* application or paid the filing fee. Dkt. Nos. 2, 3. The Court informed plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not submitted the required documents. Plaintiff filed a letter dated October 5, 2022, stating that he is "currently in a mental health program and unknowledgeable and able to complete the assignment and legal action given" and that he is "currently under a deadline for a habeas corpus in my criminal case in which I will just seek to include this outreach."

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain both (1) a complaint on the proper form and (2) either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

1  Dated: October 27, 2022

                                                                                    *[signature]*
                                                                   TRINA L. THOMPSON
                                                                   United States District Judge